AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Woehrle, Carla M. | US Dist. Ct. - Cntl Dist of CA | 08/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
312 Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Uncommon Good |
| 2. | Board of Directors | Federal Bar Association, Los Angeles chapter |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/12 | CalPERS Public Retirement System - Pension Distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo (formerly Wachovia Education Finance) | Student Loan | K |
| 2. | Wells Fargo | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   W E L L S F A R G O - ▓ (IRA) | | | | | | | | | |
| 2.   JP Morgan Prime Money Market Sweep - Capital | A | Interest | J | T | | | | | |
| 3.   Blackrock Equity Dividend Fd CL A | A | Dividend | J | T | | | | | |
| 4.   American Century Value Fund | A | Dividend | J | T | | | | | |
| 5.   American Century Mid Cap V | A | Dividend | J | T | Buy | 05/13/12 | J | | |
| 6.   Managers AMG FDS Systematic Mid Cap Value | A | Dividend | J | T | | | | | |
| 7.   Lord Abbett Sec Tr Fundamental Equity Fd Cl A | A | Dividend | J | T | | | | | |
| 8.   Oppenheimer Dev Mkts Cl (Y) | | | | | | | | | |
| 9.   Prudential Jennison 20/20 Focus Fund Cl Z | A | Dividend | | | Sold | 07/01/12 | J | | |
| 10.  Oppenheimer Devl Mkts Fund Cl Y | A | Dividend | J | T | | | | | |
| 11.  Putnam Growth Opportunities Fd Cl A | A | Dividend | J | T | | | | | |
| 12.  Fidelity Adv New Insights Fd Cl I | A | Dividend | J | T | | | | | |
| 13.  Managers AMG Fds Syst Mid Cap Val FDCL A | A | Dividend | J | T | | | | | |
| 14.  Nuveen Tradewinds Global All-Cap Fd Instl Shs Class | A | Dividend | J | T | | | | | |
| 15.  Prudential Invt Port Jennison Equity Income Fund CL Z | A | Dividend | J | T | | | | | |
| 16.  Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 17.  Alger Fds II Spectra Fd Ck I | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Sunamerica Focused Div Strategy Portfolio Cl A | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 19. W E L L S F A R G O - | | | | | | | | | |
| 20. - Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 21. - Viacom, Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 22. CBS Corp Cl B (X) | A | Dividend | J | T | | | | | |
| 23. - FHLMC     Remic Multiclass CMO CPN 6.000% | A | Interest | J | T | | | | | |
| 24. - FNMA 06-107 PD Remic Multiclass CMO 5.0% | A | Interest | J | T | | | | | |
| 25. - FNMA     LB REMIC Multiclass CMO 5.0% | A | Interest | | | Sold | 07/01/12 | J | | |
| 26. GNMA     Remic Multipclass CMO Cpn 4.5% due 8/1/40 | A | Interest | J | T | | | | | |
| 27. Opentheimer Limited Term Municipal Fd Cl C OITCX | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 28. W E L L S F A R G O -     (IRA) | | | | | | | | | |
| 29. JP Morgan Prime Money Market Sweep- Capital | A | Interest | J | T | | | | | |
| 30. - Blackrock Equity Dividend Fd Cl I | A | Dividend | K | T | Buy (add'l) | 01/05/12 | J | | |
| 31. - Fidelity Adv New Insights Fd Cl I | A | Dividend | K | T | Buy (add'l) | 07/01/12 | J | | |
| 32. - First Eagle Gold Inc Fd A | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 33. American Century Value Fund | A | Dividend | K | T | Buy (add'l) | 07/01/12 | J | | |
| 34. American Century Mid Cap Value Fund Investor Class | A | Dividend | J | T | Buy | 05/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eagle Capital Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 36. Columbia Fds Ser Tr 1 Dividend Income | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 37. Highmark Fds Geneva Mid Cap Growth Fd Cl F | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 38. First Eagle Funds Sogen Overseas Fund Cl I | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 39. Oppenheimer Devl Mkts Markets Funds Cl A | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 40. Lord Abbett Secs Tr Value Opptys Fund Class F | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 41. Managers AMG Fds Syst Mid Cap Value FDCL A | A | Dividend | | | Sold | 07/01/12 | J | | |
| 42. JP Morgan Tr I US Lrg Cap Core Plus Fd Sel Cl | A | Dividend | | | Sold | 07/01/12 | J | | |
| 43. Nuveen Tradewinds Mkts Fds Class A | A | Dividend | | | Sold | 07/01/12 | J | | |
| 44. Prudential Jennison 20/20 Focus Fund Cl Z | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 45. Prudential Invt Port Jennison Equity Income Fund Cl Z | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 46. Prudential Jennison Natural Resources Fd Cl Z | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 47. Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | K | T | Buy (add'l) | 07/01/12 | J | | |
| 48. Putnam Growth Opportunities Cl Y | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 49. Lord Abbett Securities Fundamental Equity Cl F (Y) | | | | | | | | | |
| 50. Managers FDS Global Essentials Fd Instl | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 51. Managers Funds Frontier Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Invt Tr II Santa Barbara Dividend Fd Instl | A | Dividend | K | T | Buy (add'l) | 07/01/12 | J | | |
| 53. Alger Fds II Spectra Fd Cl I | A | Dividend | K | T | Buy (add'l) | 07/01/12 | J | | |
| 54. Virtur Opportunities Tr pPremium Aplha Sector Fd | A | Dividend | J | T | Buy (add'l) | 07/01/12 | J | | |
| 55. DWS Intgl Fd INc World Dividend FD Instl Cl | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 56. Hartford Mut Fds Inc Global All Asset Fd Cl I | A | Dividend | J | T | Buy | 02/09/12 | J | | |
| 57. John Hancock Funds II Alternative Asset Alloc Fd Cl I | A | Dividend | J | T | Buy | 10/24/12 | J | | |
| 58. Lord Abbett High Yield Fund Class F | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 59. Managers Structured Core Fund | A | Dividend | J | T | Buy | 04/02/12 | J | | |
| 60. Managers AMG Funds Yacktman Focused Fund Service Class | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 61. Wells Fargo Fds Trust WFAAbsolute Feturn Fund Administrative | A | Dividend | J | T | Buy | 04/02/12 | J | | |
| 62. Prudential Global Real Estate Fund Cl Z | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 63. Sunamerica Focused Div Strategy Portfolio Cl A | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 64. Wells Fargo Advantage Premier Large Co Growth Fd Admin Cl | A | Dividend | J | T | Buy | 10/24/12 | J | | |
| 65. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 66. Chase Mutual Money Market | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Woehrle, Carla M. | 08/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla M. Woehrle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544